UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAZ BINESH,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>        Defendant. | Case No. 22-cv-01138-VC<br><br>**ORDER DENYING MOTION TO REMAND AND GRANTING MOTION TO DISMISS**<br><br>Re: Dkt. Nos. 7, 16 |

        The Court construes the defendant's request for information regarding remand as a motion to remand the case to state court. *See* Dkt. No. 16. Because Binesh seeks damages against the United States Postal Service for mishandling packages and for failing to refund his mailing costs, the federal courts have exclusive jurisdiction over his claims. *See* 28 U.S.C. § 1346(b)(1) ("[T]he district courts . . . shall have exclusive jurisdiction of civil actions on claims against the United States, for money damages . . . for injury or loss of property . . . caused by the negligent or wrongful act or omission of any employee of the Government."). The motion to remand is therefore denied.

        Binesh has not opposed the government's motion to dismiss. His claims are therefore dismissed.

        **IT IS SO ORDERED.**

Dated: June 17, 2022

                                                                     VINCE CHHABRIA
                                                                     United States District Judge